IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21214
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAVIER GONZALEZ-HERNANDEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-471-1
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Javier Gonzalez-Hernandez ("Gonzalez") appeals his sentence
for the offense of illegal reentry after having been convicted of
an aggravated felony in violation of 8 U.S.C. § 1326(a) and
(b)(2).  Gonzalez contends that the district court plainly erred
when it delegated to the probation officer the authority to
determine Gonzalez's ability to pay the costs of drug or alcohol
detection and treatment.  Gonzalez's argument is foreclosed by

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

our opinion in <u>United States v. Warden</u>, 291 F.3d 363, 365 (5th Cir. 2002).

AFFIRMED.